May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

WATTS WATER TECHNOLOGIES, INC., Appellant

NO. 14-13-00241-CV                    V.

TEXAS FARMERS INSURANCE COMPANY, A/S/O ALBERT H. WATTS, JR., Appellee

_____

Today the Court heard the parties' joint motion to dismiss the appeal from the order signed by the court below on February 20, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**. This court's stay order issued April 25, 2013, is lifted. The portion of the trial court's February 20, 2013, order denying appellant's motion to compel arbitration is vacated without regard to the merits, and the case is remanded to the trial court for rendition of an order in accordance with the parties' settlement agreement.

We further order that each party shall pay its costs incurred by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.